**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| KEN DILLEY, | Case No. 2:14-cv-01795-ODW(ASx) |
|         Plaintiff, | |
|   v. | **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |
| C.R. BARD, INC.; DAVOL INC.; LESLIE EDRICH; DOES 1–100, inclusive, | |
|         Defendants. | |

On May 21, 2014, the Court granted Defendants Motion to Dismiss Plaintiff Ken Dilley's Second Amended Complaint without leave to amend as to Defendants C.R. Bard, Inc. and Davol Inc. (ECF No. 27.) The Court further ordered Dilley to show cause "in writing by **June 4, 2014**, why the Court should not dismiss his claim against Dr. Edrich for failure to state a claim under Rule 12(b)(6). No hearing will be held. Failure to timely respond will result in dismissal for lack of prosecution." (*Id.*)

To date, Dilley has not responded to the Order to Show Cause, and no other activity has occurred in this action. The Court therefore **DISMISSES** this action against Defendant Leslie Edrich **WITHOUT PREJUDICE** for lack of prosecution. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial

court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."). The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

June 10, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**