REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT          CASE CLOSED

9          CENTRAL DISTRICT OF CALIFORNIA

10          SPRING STREET COURTHOUSE

| | |
|---|---|
| KEN DILLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC., a Delaware corporation; DAVOL, INC., a Delaware corporation; LESLIE EDRICH, M.D.; and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No.  2:14-cv-01795-ODW(ASx)<br><br>**JUDGMENT ON ORDER GRANTING DEFENDANTS C. R. BARD, INC. AND DAVOL INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT WITHOUT LEAVE TO AMEND**<br><br>Honorable Otis D. Wright II |

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Case No. 2:14-cv-01795-ODW-AS

On May 21, 2014, the Court entered an order **GRANTING** C. R. Bard, Inc. and Davol Inc.'s (collectively "Bard") Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim without leave to amend. *See* Order Granting Bard's Motion to Dismiss Second Amended Complaint, attached hereto as Exhibit 1.

On June 10, 2014, Plaintiff's claims against the remaining defendant, Dr. Leslie Edrich, were dismissed for lack of prosecution. Thus, Plaintiff's claims against all defendants have been adjudicated.

Therefore, **IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** shall be, and is hereby, entered in Bard's favor, and against Plaintiff, as to all claims asserted by Plaintiff.

DATED: June 23, 2014

_____
Honorable Otis D. Wright II
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 2:14-cv-01795-ODW-AS        - 1 -